# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PORCHIA A. THOMPSONBROWN<br><br>Defendant. | No. 2:19-cr-00223-CKD<br><br><br><br>ORDER |

On 9/26/2019, the defendant paid a total amount of $55. The ticket issued CA52 9163777 shows the amount due as a $25 fine and $30 processing fee for a total amount of $55.

On 8/22/2019, the United States moved to dismiss this citation, and the Court granted the dismissal.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $55 due to dismissal of this matter.

IT IS SO ORDERED.

Dated: September 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1